Northern Leasing Systems, Inc., Plaintiff-Respondent,
against
Jafar Alipour a/k/a Jeff Alipour a/k/a Jafar Ali-Pour, Defendant-Appellant.



Defendant appeals from an order of the Civil Court of the City of New York, New York County (Shawn T. Kelly, J.), dated May 4, 2017, which denied his motion to vacate a default judgment.




Per Curiam.
Order (Shawn T. Kelly, J.), dated May 4, 2017, reversed, with $10 costs, motion granted, default judgment vacated, and the matter remanded for further proceedings.
Given the strong public policy of this State to dispose of cases on the merits (see Johnson—Roberts v Ira Judelson Bail Bonds, 140 AD3d 509 [2016]), we favorably exercise our discretion and grant defendant's motion to vacate the default judgment. Defendant moved to vacate within a year after he learned of the default and two months after entry of the default order, and he showed that he did not personally receive the summons and complaint in time to defend it. Contrary to the conclusion reached below, the affidavits of defendant and his wife do not indicate that the default was deliberate. Defendant's submissions were also sufficient at this initial stage in the proceeding to set forth potentially meritorious defenses, including that he was fraudulently induced to sign the underlying equipment finance lease (see Pludeman v Northern Leasing Sys., Inc., 87 AD3d 881, 882 [2011]; MFB Leasing, LLC v Han, 57 Misc 3d 143[A], 2017 NY Slip Op 51416[U] [App Term, 1st Dept 2017]; Northern Leasing Sys., Inc. v Amedeo, 56 Misc 3d 131[A], 2017 NY Slip Op 50870[U][App Term, 1st Dept 2017]; Northern Leasing Sys., Inc. v Kollars, 56 Misc 3d 131[A], 2017 NY Slip Op 50878[U] [App Term, 1st Dept 2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: January 24, 2018